# EXHIBIT 1

# EXHIBIT 1

## **DECLARATION OF KATHRYN J. WILD**

PERSONALLY appeared before me, the undersigned attesting officer, duly authorized by law to administer oaths, KATHRYN J. WILD, who, upon being duly sworn, testifies, deposes, and states as follows:

1. My name is Kathryn J. Wild. I am over the age of majority, am mentally competent, suffer from no legal disability, and make this affidavit based on my personal knowledge and expertise.

2. I am a licensed Registered Nurse with a master's degree in Public Administration and am Certified as a Corrections Healthcare Professional - RN by the National Commission on Correctional Healthcare (NCCHC) concerning the delivery of specialized nursing care in correctional facilities. I have worked in the field of Corrections Healthcare for over 36 years as a Registered Nurse and Health Services Administrator responsible for the administration of healthcare, training, and supervision of healthcare employees, as well as the formation and implementation of policy applicable to staff who provide healthcare to persons housed in corrections facilities. I am retained as an expert witness who is knowledgeable and experienced in the training, supervision, and monitoring of healthcare administered to prisoners housed in the setting of a correctional facility, including but not limited to the areas of corrections nursing care, corrections healthcare,

corrections healthcare administration, corrections healthcare policy formation and implementation, and the implementation and maintenance of policies and procedures that comply with national corrections standards, including but not limited to those by the NCCHC, the American Corrections Association (ACA), and the Prison Rape Elimination Act (PREA).

3. I have been retained by counsel for the Keaton M. Schomer family as a consultant based upon my expertise in the correctional health care field.

4. I have reviewed, among other things, Keaton's medical records and Elko County Jail File, videos and photos taken during his incarceration, and news articles regarding this incident in connection with forming my opinions which are set forth below.

5. Based upon my review of the records, my education, and thirty-six (36) years of experience in the correctional health setting, it is my opinion that the health care provided to Keaton while he was incarcerated at the Elko County Jail during July through September 2021 did not meet the established standard of care and was negligent and/or deliberately indifferent to his serious medical needs.

6. My opinion is based on my knowledge, skills, education, and experience within my specialty of correctional healthcare, as well as the following facts based on the records and videos reviewed in this matter:

   a. Keaton was first booked into the Elko County Jail on **Saturday, July 30, 2021**, and noted to be oriented to person, place, and time. His vital signs were stable at booking, and he weighed **220 pounds (Schomer_000070)**.

   b. Keaton's father Dwayne called the jail the following morning and informed them that he was schizophrenic and bipolar and needed to take prescription medications. He provided them with Keaton's pharmacy information (**Schomer_000067**).

   c. Keaton remained incarcerated from **July 30, 2021**, through **August 19, 2021**, and it was repeatedly documented that he was exhibiting mental health symptoms, was refusing medication and food, reported feeling sick and unable to eat the food provided.

   d. It was documented on **Sunday, August 15, 2021**, by an unidentified provider that he was hallucinating and was paranoid about the food making him sick. It was noted that he was refusing medications at that time, and they were to continue current medications and to follow-up in one week or sooner (**Schomer_000079-80**).

   e. On **Monday, August 16, 2021**, Medical Assistant Geoffrey Fisher documented that Keaton refused his medications (**Schomer_000065**). No provider was called.

   f. On **Tuesday, August 17,** 2021, Medical Assistant Mercedes Cochrell documented that Keaton had refused his medications (**Schomer_000064-65**). No provider was called.

g. On **Wednesday, August 18, 2021**, Medical Assistant Mercedes Cochrell documented that Keaton had refused all his medications throughout the entire day (**Schomer_000064**). He was seen again by an unidentified provider who noted that Keaton was "clearly dehydrated" and reported being "really sick for the past 12 days". No physical exam or diagnostic testing was done and there was no change in his treatment plan except to "continue mental health hold." (**Schomer_000069**)

h. Keaton was released from Elko County Jail on **Thursday, August 19, 2021, at 1700 hours** (**Schomer_76**) and taken to the Northeastern Nevada Regional Hospital ("NNRH") by his mother Danielle Donohue 33 minutes later (**Schomer_313-324**).

i. The hospital documented that he appeared dehydrated, and his mother reported he was refusing his customary psychiatric medications and was not eating or sleeping well. After a discussion with Keaton's parents, the hospital physician noted that Keaton did not qualify for an involuntary hold and allowed him to leave the hospital (**Schomer_313-324**).

j. On **Sunday, August 22, 2021**, Keaton was again taken by paramedics back to Northeastern Nevada Regional Hospital in a state of paranoia; he had been vomiting every two to three hours (**Schomer_457-461**).

k. While still in the NNRH emergency room, Keaton stated that he was hearing voices telling him to be aggressive with others and he became combative. NNRH called the Elko County Sheriff's Office, and Keaton was arrested and taken to the Elko County Jail (**Schomer_306-312**).

l. On **Monday, August 23, 2021,** on admission to the Jail, Medical Assistant Bailey Powell triaged Keaton and obtained vital signs that demonstrated an elevated blood pressure and pulse, and his weight was noted as **200 pounds (Schomer_0000269)**. No provider was called.

m. The same day of his arrival at the Jail, Keaton reported to Medical Assistant Mercedes Cochrell that he was throwing up blood. The medical assistant told him to not flush the next time he vomited so that she could see it (**Schomer_000084**). He asked to be taken to the hospital. No vital signs were taken, and no provider was called.

n. On **Tuesday, August 24, 2021**, Medical Assistant Geoffrey Fisher noted that Keaton refused to take medications (**Schomer_000084**) and refused his meals (**Schomer_000330-333**). No provider was called.

o. On **Wednesday, August 25, 2021**, Medical Assistant Geoffrey Fisher noted that Keaton refused take any medications (**Schomer_000084**) and refused all meals (**Schomer_000337**). No provider was called.

p. On **Thursday, August 26, 2021**, Medical Assistant Mercedes Cochrell and Medical Assistant Geoffrey Fisher noted that Keaton refused to eat, drink, or take any medications. His lips were cracked, and both medical assistants noted that Keaton did not appear to want to survive or thrive (**Schomer_000083-84**). No provider was called.

q. On **Friday, August 27, 2021**, Medical Assistant Mercedes Cochrell noted that Keaton refused care (**Schomer_000083**) and the daily activity log documented that he refused to eat (**Schomer_000344**). No provider was called.

r. On **Saturday, August 28, 2021**, Keaton refused to eat, drink, or take any medications. Medical Assistant Letiscya Chacon noted that he

- 5 -

was dehydrated, and that if he did not start to hydrate or eat, he would start not feeling well. It was noted that a provider was updated on inmate status, but no orders for care were provided (**Schomer_000083**).

s. On **Sunday, August 29, 2021**, Keaton demanded water, stating he was going to die. The Medical Assistant Bailey Powell was called in and started an IV which Keaton would not allow her to finish. He asked to go to the hospital. Dr. Rachot was notified of the situation, but no orders were given (**Schomer_000083**). Later that day, Medical Assistant Letiscya Chacon documented that Keaton would not accept medical care or water and that he had a lack of ambition to nourish himself. (**Schomer_000082**). No provider was called.

t. On **Monday, August 30, 2021**, Medical Assistant Letiscya Chacon noted that Keaton refused to eat, drink, or take any medications (**Schomer_000082**). Several deputies documented on a variety of logs that Keaton refused food, water, and meds (**Schomer_276-278, 360, and Schomer_000019-20**). No provider was called.

u. On **Tuesday, August 31, 2021**, Lieutenant Mike Silva and Deputy Erika Gonzalez (**Schomer_000280 & Schomer_000017-18**) noted that Keaton refused to eat, drink, or take any medications. At one point he was restrained in a "Wrap" for kicking and refusing to go back to his cell (**Schomer_000362**). No provider was called.

v. On **Wednesday, September 1, 2021**, several Deputies noted that Keaton refused to eat, drink, or take any medications. He spent most of the day naked and lying down. He yelled at the deputies several times to take him to the emergency room (**Schomer_000281**). No provider was called.

w. On **Thursday, September 2, 2021**, Medical Assistant Letiscya Chacon noted that Keaton refused to eat, drink, or take any medications for the entire day (**Schomer_000082**). He was taken to court in a wheelchair and laid down on the floor. After court he was taken back to his cell where he continued to refuse to eat, drink, or take any medications (**Schomer_000282-284**). No provider was called.

x. On **Friday, September 3, 2021**, Medical Assistant Letiscya Chacon noted that Keaton refused to eat, drink, or take any medications. Medical Assistant Chacon also noted that she was called to Keaton's cell because he was not responding to Deputy Lyons. She went to the cell and saw he was mumbling quietly and wanted to be left alone. No vital signs were taken. (**Schomer_000082**). No provider was called.

y. On **Saturday, September 4, 2021**, Deputies noted throughout the day that Keaton refused to eat, drink, or take any medications (**Schomer_000287 & 380-381**). Medical Assistant Bailey Powell attempted to have Keaton sign an AMA (Against Medical Advice) form and noted that he refused (**Schomer_000081**). Medical Assistant Powell also noted she had to finish her med pass and had other inmates to speak to, so Keaton was left alone in his cell (**Schomer_000288-289**). On video Keaton can be heard calling out for water and stated, "I'm going to die" and he appeared unable to rise up from the floor. A cup of water was placed on the floor near his feet, and deputies closed the cell door. No provider was called.

z. On **Sunday, September 5, 2021**, it was again documented on the activity log that Keaton refused to eat, drink, or take any medications (**Schomer_000290**). Deputy Sneed was notified by Medical Assistant

- 7 -

Bailey Powell at **1212 hours** that Keaton did not look well, and his eyes were rolled back in his head (**Schomer_000226**). He was noted on video to barely be able to hold up his head up as they poured liquids in his mouth. At **1215 hours** Deputy Sneed documented that Keaton appeared "Code 4" (**Schomer_000386-387**).

aa. An hour later, at **1317 hours**, Medical Assistant Powell took Keaton's vital signs and told Deputy Sneed to call an ambulance. Medical Assistant Powell then left the cell to attend to other inmates (**Schomer_000081**). Deputy Sneed noted that he had to book another inmate first and did not call for an ambulance until **1338 hours**, 21 minutes after being told to call (**Schomer_000226-227**). Deputy Sneed left Keaton alone in his cell until the ambulance arrived.

bb. When the EMS unit arrived at the Jail, they found Keaton still locked in his cell, slumped against the wall, and unresponsive with no pulse or respirations (**Schomer_000443-452**). He was pronounced dead shortly after while still in the Jail.

cc. At Keaton's autopsy, it was noted that he died from complications of dehydration. It was also noted that his weight was **161 pounds** (**Schomer_000428**)**, 59 pounds** less than when he first arrived at the Jail or **186 pounds** (**Schomer_000412**), **34 pounds** less than when he first arrived at the Jail.

7. At all times material herein, it was obvious that Keaton's condition was deteriorating based on objective signs of dehydration and mental instability, which were documented throughout his incarceration by both the

custody personnel and all unlicensed medical assistants who were there to provide care.

8. Keaton was kept in the Jail and monitored by correctional officers and unlicensed healthcare workers, who are not authorized to make medical decisions for the provision of care.

9. Even on the two occasions when Keaton was seen by an unidentified medical provider, it was noted that he was clearly dehydrated, refusing to eat, drink, or take medications and was hallucinating and paranoid. No action was taken to have him treated in the emergency room or by a higher level of care.

10. During the days leading up to Keaton's death, it was repeatedly documented on activity logs, handwritten logs, incident reports, pass-on reports, and video that Keaton was not eating, drinking, taking medications, or accepting any medical attention. At no point, even when he repeatedly asked to go to the hospital, was Keaton sent out for evaluation and treatment in the emergency room.

11. Medical Assistants Geoffrey Fisher, Mercedes Cochrell, Letiscya Chacon, and Bailey Powell all provided care to Keaton that was well outside the scope of practice of unlicensed health care providers. They frequently

made medical decisions and watched as Keaton's condition deteriorated until his death without seeking guidance from a higher level of care. Although it was obvious that Keaton was suffering from a mental illness that had been reported by his family and was notated in MA Bailey's Pre-Booking note when Keaton returned to the jail on Monday, August 23, 2021, no mental health professional was ever consulted to assess his deteriorating condition over the next 2 week period.

12. During this two week period, Mr. Keaton reported seeing colors and hearing people talking, repeatedly refused food or fluids, demonstrated paranoid ideations, and refusing medications. He also demonstrated signs and symptoms of dehydration.

13. Even on the day of his death, when it was decided that Keaton needed to be sent to a higher level of care, the response was delayed by both Deputy Sneed and Medical Assistant Powell, who left Keaton alone in his cell so they could attend to other duties.

14. Unfortunately, during this time, Keaton's heart stopped, and he was unresponsive and not breathing when EMS arrived to find him still locked alone in his cell.

15. The failure to provide adequate care and treatment to Mr. Schomer while in the custody of the Elko County Sheriff's Department as outlined above caused injury to Keaton, ultimately resulting in his death from complications of dehydration.

16. My opinions are subject to revision upon reviewing additional materials.

17. The information contained in this Affidavit is true to the best of my knowledge, information, and belief.

18. If asked to testify about same at the time of deposition or trial, I will do so.

                                            */s/ Kathryn J. Wild*
                                            KATHRYN J. WILD