1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually, | CASE NO. 3:23-cv-00390-ART-CSD |
| Plaintiffs, | **PROTECTIVE ORDER** |
| vs. | |
| ELKO COUNTY; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALEZ, individually; DEPUTY DAVID HATCH, individually; DEPUTY HANNAH KENDALL, individually; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X, | |
| Defendants. | |

Plaintiffs DWAYNE L. SCHOMER, as administrator of THE ESTATE OF KEATON M. SCHOMER and individually, and BRAYLEN SCHOMER, individually (collectively, "Plaintiffs"), by and through their undersigned attorneys at Clark Hill PLLC,  Defendants ELKO COUNTY, SHERIFF AITOR NARVAIZA, UNDERSHERIFF JUSTIN AMES, SERGEANT MICHAEL SILVA, DEPUTY TREVOR L. SNEED, DEPUTY DOUGLAS HOLLADAY, DEPUTY ERIKA GONZALEZ, DEPUTY DAVID HATCH, and DEPUTY HANNAH KENDALL (collectively, "Elko Defendants"), by and through their undersigned attorneys at Erickson, Thorpe & Swainston, Ltd.; and Defendants MEDALLUS & VACHAROTHONE LTD, DR. RACHOT VACHAROTHONE, BAILEY POWELL, GEOFFREY FISHER, MERCEDES COCHRELL, and LETISCYA CHACON, (collectively, "Medallus Defendants") by and through their undersigned attorneys at Rencher Anjewierden, hereby files this Joint Motion for Agreed Entry of Protective Order.

To facilitate discovery in this case and to protect allegedly confidential information from public disclosure, the parties request this Court to enter the attached Agreed Protective Order (Exhibit "A") covering certain discovery in this case, specifically items from Lexipol, LLC.  The Parties have agreed to the terms in the attached protective order.

///

///

///

1     WHEREFORE, the Plaintiffs and Defendants respectfully ask the Court to sign and enter

2  the attached proposed agreed protective order.

3     Respectfully submitted this 19th day of September 2024.

4  **CLARK HILL PLLC**                                **RENCHER ANJEWIERDEN**

5

6  /s/ Paola M. Armeni, Esq.                          /s/ Benjamin K. Lusty, Esq.
   PAOLA M. ARMENI, ESQ.                              BENJAMIN K. LUSTY, ESQ.
7  Nevada Bar No. 8357                                Utah Bar No. 12159
   WILLIAM D. SCHULLER, ESQ.                          460 South 400 East
8  Nevada Bar No. 11271                               Salt Lake City, Utah 84111
   1700 S. Pavilion Center Dr., #500
9  Las Vegas, Nevada 89135                            **RUBSY LAW, PLLC**
                                                      CHRISTOPHER RUSBY, ESQ.
10 *Attorneys for Plaintiffs, Schomer Family*         Nevada Bar No. 11452
                                                      36 Stewart Street
11                                                    Reno, Nevada 89501
   **ERICKSON, THORPE & SWAINSTON, LTD.**
12                                                    *Attorneys for Medallus Defendants*

13 /s/ Brent L. Ryman, Esq.
   BRENT L. RYMAN, ESQ.
14 Nevada Bar No. 8648
   PAUL M. BERTONE, ESQ.
15 Nevada Bar No. 4533
   1885 S. Arlington Ave., Suite 205
16 Reno, Nevada 89509

17 *Attorneys for Elko County Defendants*

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# Exhibit A

1  PAOLA M. ARMENI, ESQ.
   Nevada Bar No. 8357
2  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 11271
3  **CLARK HILL PLLC**
   1700 S. Pavilion Center Drive, Suite 500
4  Las Vegas, Nevada 89135
   Telephone: (702) 862-8300
5  Facsimile: (702) 778-9709
   E-mail: parmeni@clarkhill.com
6          wschuller@clarkhill.com

7  Attorneys for Plaintiffs,
   Dwayne L. Schomer and Braylen Schomer,
8  "Schomer Family"

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually, | CASE NO. 3:23-cv-00390-ART-CSD |
| Plaintiffs, | **PROTECTIVE ORDER FOR ITEMS FROM LEXIPOL, LLC** |
| vs. | |
| ELKO COUNTY; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALEZ, individually; DEPUTY DAVID HATCH, individually; DEPUTY HANNAH KENDALL, individually; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X, | |
| Defendants. | |

Page 1 of 3

**1. Classified Information Defined.**

"Classified Information" means all materials produced by Lexipol, LLC, in response to a subpoena in this case.

**2. Use of Classified Information.**

All Classified Information shall be used solely for the purposes of litigation, trial, and appeal of this case and for no other purpose and shall not be disclosed except in accordance with the terms hereof.

**3. Ongoing Obligations.**

Insofar as the provisions of this Protective Order restrict the communication and use of the information protected by it, such provisions shall continue to be binding after the conclusion of this litigation, except that (a) there shall be no restriction on documents that are used as exhibits in motion practice or open court, and (b) a party may seek written permission of the producing party or order of the Court with respect to dissolution or modification of this protective order.

///

///

///

The undersigned counsel hereby stipulates to this protective order.

Respectfully submitted this 19th day of September 2024.

| | |
|---|---|
| **CLARK HILL PLLC** | **RENCHER ANJEWIERDEN** |
| /s/ Paola M. Armeni, Esq.<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 11271<br>1700 S. Pavilion Center Dr., #500<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiffs, Schomer Family* | /s/ Benjamin K. Lusty, Esq.<br>BENJAMIN K. LUSTY, ESQ.<br>Utah Bar No. 12159<br>460 South 400 East<br>Salt Lake City, Utah 84111<br><br>**RUBSY LAW, PLLC**<br>CHRISTOPHER RUSBY, ESQ.<br>Nevada Bar No. 11452<br>36 Stewart Street<br>Reno, Nevada 89501<br><br>*Attorneys for Medallus Defendants* |

**ERICKSON, THORPE & SWAINSTON, LTD.**

/s/ Brent L. Ryman, Esq.
BRENT L. RYMAN, ESQ.
Nevada Bar No. 8648
PAUL M. BERTONE, ESQ.
Nevada Bar No. 4533
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505

*Attorneys for Elko County Defendants*

At the conclusion of this case, the court will no longer have jurisdiction over this matter.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

September 20, 2024