1 **Marquis Aurbach**
Craig R. Anderson, Esq.
2 Nevada Bar No. 6882
Kaden P. Killpack, Esq.
3 Nevada Bar No. 16560
10001 Park Run Drive
4 Las Vegas, Nevada 89145
Telephone: (702) 382-0711
5 Facsimile: (702) 382-5816
canderson@maclaw.com
6 kkillpack@maclaw.com
  Attorney for Defendants Elko County, Sheriff Aitor Narvaiza,
7  and Undersheriff Justin Aimes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELKO COUNTY; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALEZ; DEPUTY DAVID HATCH, individually; DEPUTY HANNAH KENDALL, individually; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X,<br><br>Defendants. | Case Number:<br>3:23-cv-00390-ART-CSD<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendants Elko County, Sheriff Aitor Narvaiza, and Undersheriff Justin Aimes, (hereinafter "Elko Defendants") have been duly noticed and hereby substitute Craig R. Anderson, Esq. and Kaden P. Killpack, Esq. of the law firm Marquis Aurbach, as attorneys

Page 1 of 3

MAC: 11779-230 (#5727605.1)

of record, in the above-entitled action in place and instead of Brent L. Ryman, Esq. and Paul M. Bertone, Esq. of the law firm Erickson, Thorpe & Swainston, Ltd.

I consent to the above substitution:

ERICKSON, THORPE & SWAINSTON, LTD.

By:  *s/Brent L. Ryman*
Brent L. Ryman, Esq.
Nevada Bar No. 8648
Paul M. Bertone, Esq.
Nevada Bar No. 4533
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Attorneys for Defendants
Sergeant Silva, Deputy Sneed, Deputy Holladay and Deputy Gonzalez

I hereby accept the above and foregoing substitution as attorney for Defendants Elko County, Sheriff Aitor Narvaiza, and Undersheriff Justin Aimes. Above substitution accepted.

Dated this 27th day of December, 2024.

MARQUIS AURBACH

By: *s/Craig R. Anderson*
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Kaden P. Killpack, Esq.
Nevada Bar No. 16560
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants Elko County, Elko County Sheriff's Office, Sheriff Aitor Narvaiza, and Undersheriff Justin Aimes

MAC: 11779-230 (#5727605.1)

Schomer v. Elko County, et al.
Case Number: 3:23-cv-00390-ART-CSD

### ORDER

The above Substitution of Attorney is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2024

MAC: 11779-230 (#5727605.1)