**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELKO COUNTY; ELKO COUNTY SHERIFF'S OFFICE; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALEZ; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X,<br><br>Defendants. | CASE NO. 3:23-cv-00390-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT AND JOINDERS [ECF 68, 70, 71, 72, 73, 74, 75, and 76]**<br><br>**[FIRST REQUEST]** |

Plaintiffs DWAYNE L. SCHOMER, as administrator of THE ESTATE OF KEATON M. SCHOMER and individually, and BRAYLEN SCHOMER, individually (collectively,

"Plaintiffs"), by and through their undersigned attorneys at Clark Hill PLC, Defendants ELKO COUNTY, SHERIFF AITOR NARVAIZA, UNDERSHERIFF JUSTIN AMES, (collectively, "Elko County Defendants"), by and through their undersigned attorneys at Marquis Aurbach; DEPUTY TREVOR L. SNEED, DEPUTY DOUGLAS HOLLADAY, DEPUTY ERIKA GONZALEZ, DEPUTY DAVID HATCH, and DEPUTY HANNAH KENDALL (collectively, "Elko Deputy Defendants"), by and through their undersigned attorneys at Erickson, Thorpe & Swainston, Ltd.; Defendants MEDALLUS & VACHAROTHONE LTD, DR. RACHOT VACHAROTHONE, BAILEY POWELL, GEOFFREY FISHER, MERCEDES COCHRELL, and LETISCYA CHACON, (collectively, "Medallus Defendants") by and through their undersigned attorneys at Rencher Anjewierden, and SERGEANT MICHAEL SILVA, ("Silva") by and though his undersigned attorney, at Goicoechea, Digrazia, Coyle& Stanton, LTD. hereby agree and jointly stipulate to the following:

1. Defendants filed on June 18, 2025, their Motions for Summary Judgment [ECF 68, 70, 71, 72], and Joinders [ECF 73, 74. 75, 76], were filed on June 25, 2025.

2. Plaintiffs' Responses are currently due on July 9, 2025.

3. LR 7-2 provides twenty-one (21) days to respond to a Motion for Summary regardless if there is one Motion for Summary Judgment or numerous motions. Here, the Defendants have filed four separate Motions for Summary Judgment. While each defendant may have some commonality, they each present their own unique issues that will need to be addressed separately. As such, twenty-one (21) days is not sufficient to review, research and respond to four Motions for Summary Judgment. The Plaintiffs' counsel cannot meet the current deadline and needs additional time.

4. The parties have conferred and agreed to a 61-day extension for the Plaintiffs to file their Responses to the Defendants' Motions for Summary Judgment and Joinders to the Motions for Summary Judgment.

5. Therefore, the Parties request that the deadline for Plaintiffs to file their Responses to the Defendants' Motions for Summary Judgment and Joinders to the Motions for Summary Judgment currently due on July 9, 2025, be extended to **Monday, September 8, 2025.**

1. 6. This is the first request to extend the deadline to file Responses to Defendants' Motions for Summary Judgment and Joinders to the Motions for Summary Judgment.

7. This Stipulation is entered in good faith and not for purposes of delay.

Respectfully submitted this 1st day of July 2025.

| | |
|---|---|
| **CLARK HILL, PLLC** | **RUBSY LAW, PLLC** |
| /s/ Paola M. Armeni<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 11271<br>1700 S. Pavilion Center Dr.., #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs, Schomer Family* | /s/ Benjamin K. Lusty<br>CHRISTOPHER RUSBY, ESQ.<br>Nevada Bar No. 11452<br>36 Stewart Street<br>Reno, Nevada 89501<br><br>**RENCHER ANJEWIERDEN**<br>BENJAMIN K. LUSTY, ESQ.<br>Utah Bar No. 12159<br>460 South 400 East<br>Salt Lake City, UT 84111<br>*Attorneys for Medallus Defendants* |
| **ERICKSON, THORPE & SWAINSTON, LTD.** | |
| /s/ Brent L. Ryman<br>BRENT L. RYMAN, ESQ.<br>Nevada Bar No. 8648<br>PAUL M. BERTONE, ESQ.<br>Nevada Bar No. 4533<br>99 West Arroyo Street<br>P.O. Box 3559<br>Reno, Nevada 89505<br>*Attorneys for Elko County Deputy Defendants* | **MARQUIS AURBACH**<br><br>/s/ Kaden P. Killpack<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>KADEN P. KILLPACK, ESQ.<br>Nevada Bar No. 16560<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants, Elko County, Sheriff Aitor Narvaiza, and Undersheriff Justin Aimes* |
| **GOICOECHEA, DIGRAZIA, COYLE & STANTON, LTD.** | |
| /s/ David M. Stanton<br>DAVID M. STANTON, ESQ.<br>Nevada Bar No. 4389<br>530 Idaho Street<br>Elko, Nevada 89801<br>*Attorney for Sergeant Michael Silva* | |

## **ORDER**

**The above Stipulation is hereby Granted.**

**IT IS SO ORDERED.**

Dated this 2nd day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE