UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DWAYNE L. SCHOMER, as special administrator of THE ESTATE OF KEATON M. SCHOMER and individually; and BRAYLEN SCHOMER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ELKO COUNTY; ELKO COUNTY SHERIFF'S OFFICE; SHERIFF AITOR NARVAIZA, individually; UNDERSHERIFF JUSTIN AIMES, individually; SERGEANT MICHAEL SILVA, individually; DEPUTY TREVOR L. SNEED, individually; DEPUTY DOUGLAS HOLLADAY, individually; DEPUTY ERIKA GONZALEZ; MEDALLUS & VACHAROTHONE LTD; DR. RACHOT VACHAROTHONE, individually; BAILEY POWELL, individually; GEOFFREY FISHER, individually; MERCEDES COCHRELL, individually; LETISCYA CHACON, individually; DOE SUPERVISORS I-X; DOE DEPUTIES I-X; DOE MEDICAL STAFF I-X; and ROE ENTITIES I-X,<br><br>Defendants. | CASE NO. 3:23-cv-00390-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 68, 70, 71, 72] AND JOINDERS TO SAME [ECF NOS. 73, 74, 75, 76]**<br><br>**(Second Request)** |

///

///

1      Plaintiffs DWAYNE L. SCHOMER, as administrator of THE ESTATE OF KEATON M.
2  SCHOMER and individually, and BRAYLEN SCHOMER, individually (collectively,
3  "Plaintiffs"), by and through their undersigned attorneys at Clark Hill PLC,  Defendants ELKO
4  COUNTY, SHERIFF AITOR NARVAIZA, UNDERSHERIFF JUSTIN AMES, (collectively,
5  "Elko County Defendants"), by and through their undersigned attorneys at Marquis Aurbach;
6  DEPUTY TREVOR L. SNEED, DEPUTY DOUGLAS HOLLADAY, DEPUTY ERIKA
7  GONZALEZ, DEPUTY DAVID HATCH, and DEPUTY HANNAH KENDALL (collectively,
8  "Elko Deputy Defendants"), by and through their undersigned attorneys at Erickson, Thorpe &
9  Swainston, Ltd.; Defendants MEDALLUS & VACHAROTHONE LTD, DR. RACHOT
10 VACHAROTHONE, BAILEY POWELL, GEOFFREY FISHER, MERCEDES COCHRELL,
11 and LETISCYA CHACON, (collectively, "Medallus Defendants") by and through their
12 undersigned attorneys at Rencher Anjewierden; and SERGEANT MICHAEL SILVA, ("Silva")
13 by and though his undersigned attorney, at Goicoechea, Digrazia, Coyle& Stanton, LTD., hereby
14 agree and jointly stipulate to the following:
15 ///
16 ///
17 ///

1. On June 18, 2025, Silva filed a Motion for Summary Judgment [ECF No. 68]; Medallus Defendants filed a Motion for Summary Judgment [ECF No. 70]; Elko County Defendants filed a Motion for Summary Judgment [ECF No. 71]; and Elko Deputy Defendants filed a Motion for Summary Judgment [ECF No. 72] (collectively, "Motions").

2. On June 25, 2025, Elko County Defendants filed a Joinder to Silva's Motion [ECF No. 73] and a Joinder to the Elko Deputy Defendants' Motion [ECF No. 74]; and Silva filed a Joinder to the Elko County Defendants' Motion [ECF No. 75] and a Joinder to the Elko Deputy Defendants' Motion [ECF No. 76] (collectively, "Joinders").

3. While Plaintiffs' responses to the Motions and Joinders were originally due on July 9, 2025, the Parties originally stipulated to extend the deadline to September 8, 2025 [ECF No. 77], and the Court granted same [ECF No. 78].

4. As noted in the first Stipulation, LR 7-2 provides twenty-one (21) days to respond to a motion for summary judgment regardless of whether there is one such motion or numerous motions filed in an action. Here, Defendants filed four Motions for Summary Judgment. While Defendants may have some commonality, they each present their own unique issues that need to be addressed separately. As such, Plaintiffs request additional time to sufficiently to review, research, and respond to the Motions. Due to work schedules, the Labor Day holiday, and the health of one of the attorneys assisting with the responses, Plaintiffs' counsel cannot meet the current deadline and needs additional time.

5. As such, the Parties conferred and agreed to an additional seven-day extension for Plaintiffs to file responses to the Motions and Joinders.

6. Therefore, the Parties request that the deadline for Plaintiffs' responses to the Motions and Joinders, currently September 8, 2025, be extended to **September 15, 2025**.

7. This is the second request to extend the deadline to file responses to the Motions and Joinders.

///

///

///

1     8.    This Stipulation is entered into in good faith and not for purposes of delay.

2     Respectfully submitted this 2nd day of September 2025.

| **CLARK HILL PLC** | **RUBSY LAW, PLLC** |
|---|---|
| /s/ William D. Schuller, Esq.<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 11271<br>1700 S. Pavilion Center Dr.., #500<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiffs* | /s/ Benjamin K. Lusty, Esq.<br>CHRISTOPHER RUSBY, ESQ.<br>Nevada Bar No. 11452<br>36 Stewart Street<br>Reno, Nevada 89501 |
| **ERICKSON, THORPE & SWAINSTON, LTD.** | **RENCHER ANJEWIERDEN**<br>BENJAMIN K. LUSTY, ESQ.<br>Utah Bar No. 12159<br>460 South 400 East<br>Salt Lake City, UT 84111<br>*Attorneys for Medallus Defendants* |
| /s/ Brent L. Ryman, Esq.<br>BRENT L. RYMAN, ESQ.<br>Nevada Bar No. 8648<br>PAUL M. BERTONE, ESQ.<br>Nevada Bar No. 4533<br>1885 South Arlington Ave., Suite 205<br>Reno, Nevada 89509<br>*Attorneys for Elko County Deputy Defendants* | **MARQUIS AURBACH**<br><br>/s/ Kaden P. Killpack, Esq.<br>CRAIG R. ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>KADEN P. KILLPACK, ESQ.<br>Nevada Bar No. 16560<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants, Elko County, Sheriff Aitor Narvaiza, and Undersheriff Justin Aimes* |
| **GOICOECHEA, DIGRAZIA, COYLE & STANTON, LTD.** | |
| /s/ David M. Stanton, Esq.<br>DAVID M. STANTON, ESQ.<br>Nevada Bar No. 4389<br>530 Idaho Street<br>Elko, Nevada 89801<br>*Attorney for Sergeant Michael Silva* | |

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: September 3, 2025