1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF NEVADA

11

12

13  DWAYNE L. SCHOMER, as special          Case No.: 3:23-cv-00390-ART-CSD
    administrator of THE ESTATE OF KEATON
14  M. SCHOMER and individually; and       **ORDER GRANTING**
    BRAYLEN SCHOMER, individually
15                                          **STIPULATION TO EXTEND**
            Plaintiffs,                     **DEADLINE FOR DEFENDANTS**
16                                          **TO REPLY IN SUPPORT OF**
    vs.                                     **MOTIONS FOR SUMMARY**
17                                          **JUDGMENT**
    ELKO COUNTY; ELKO COUNTY                **(ECF Nos. 68, 70, 71 and 72)**
18  SHERIFF'S OFFICE; SHERIFF AITOR
    NARVAIZA, individually; UNDERSHERIFF
19  JUSTIN AIMES, individually; SERGEANT    *(First Request)*
    MICHAEL SILVA, individually; DEPUTY
20  TREVOR L. SNEED, individually; DEPUTY
    DOUGLAS HOLLADAY, individually;
21  DEPUTY ERIKA GONZALES; DEPUTY
    DAVID HATCH, individually; DEPUTY
22  HANNAH KENDALL, individually
    MEDALLUS & VACHAROTHONE LTD;
23  DR. RACHOT VACHAROTHONE,
    individually; BAILEY POWELL,
24  individually; GEOFFREY FISHER,
    individually; MERCEDES COCHRELL,
25  individually; LETISCYA CHACON,
    individually; DOE SUPERVISORS I-X; DOE
26  DEPUTIES I-X; DOE MEDICAL
    STAFF I-X; and ROE ENTITIES I-X,
27
            Defendants.
28  _____/

ERICKSON, THORPE &
  SWAINSTON, LTD.                                      1

1    COME NOW, all parties by their counsel as stated below, and hereby agree and jointly

2 stipulate to the following:

3    1.    On June 18, 2025, Silva filed a Motion for Summary Judgment (ECF No. 68);

4 Medallus Defendants filed a Motion for Summary Judgment (ECF No. 70); Elko County

5 Defendants filed a Motion for Summary Judgment (ECF No. 71); and Elko Deputy

6 Defendants filed a Motion for Summary Judgment (ECF No. 72).

7    2.    On June 25, 2025, Elko County Defendants filed a Joinder to Silva's Motion

8 (ECF No. 73) and a Joinder to the Elko Deputy Defendants' Motion (ECF No. 74); and Silva

9 filed a Joinder to the Elko County Defendants' Motion (ECF No. 75) and a Joinder to the

10 Elko Deputy Defendants' Motion (ECF No. 76).

11    3.    While Plaintiffs' responses to the Motions and Joinders were originally due on

12 July 9, 2025, the Parties initially stipulated to extend the deadline to September 8, 2025 (ECF

13 No. 77), and the Court granted same (ECF No. 78).  Thereafter, the parties stipulated to an

14 additional one-week extension (ECF No. 79), which the Court granted (ECF No. 80), moving

15 the deadline to September 15, 2025.

16    4.    Plaintiffs filed their opposition briefing (ECF Nos. 81, 82, 83 and 84) on

17 September 15, 2025, and Defendants' reply briefing is now due on September 29, 2025,

18 per LR 7-2(b).

19    5.    Defendants have jointly requested, and Plaintiffs have graciously agreed, to

20 a 25-day extension of the current reply deadline from September 29, 2025, until October 24,

21 2025, to allow Defendants to fully address the detailed points and authorities presented in

22 Plaintiffs' opposition briefing and distill the issues presented to the Court.

23    6.    Therefore, the Parties request that the deadline for Defendants' reply briefing

24 in support of the pending Motions for Summary Judgment (ECF Nos. 68, 70, 71 and 72) in

25 response to Plaintiffs Response Briefs (ECF Nos. 81, 82, 83 and 84) be extended from

26 September 29, 2025, until **October 24, 2025**.

27 ///

28 ///

ERICKSON, THORPE &
SWAINSTON, LTD.

1        7.    This is the first request to extend the deadline for these reply briefs, and the

2    Parties represent that the stipulation is entered into good faith and not for the purposes of

3    undue delay.

4        DATED this 18th day of September, 2025.

5                    ERICKSON, THORPE & SWAINSTON, LTD.

6

7                        /s/ Brent Ryman

8                    BRENT L. RYMAN, ESQ. (#008648)
                ERICKSON, THORPE & SWAINSTON, LTD.
                1885 South Arlington Ave., Suite 205

9                    Reno, Nevada 89509
                (775) 786-3930

10                   *Attorneys for Elko County Deputy Defendants*

11   ///

12       DATED this 18th day of September, 2025.

13                   CLARK HILL PLLC

14

15                       /s/ Paola Armeni

16                   PAOLA M. ARMENI, ESQ. (#008357)
                WILLIAM D. SCHULLER, ESQ. (#011271)
                CLARK HILL PLLC

17                   1700 S. Pavilion Center Drive, Suite 500
                Las Vegas, Nevada 89135

18                   (702) 862-8300
                *Attorneys for Plaintiffs*

19

20   ///

21       DATED this 18th day of September, 2025.

22                   RENCHER ANJEWIERDEN

23

24                       /s/ Ben Lusty

25                   BENJAMIN K. LUSTY, ESQ*., pro hac vice*
                RENCHER ANJEWIERDEN
                460 South 400 East

26                   Salt Lake City, UT 84111
                *Attorneys for Medallus Defendants*

27

28   ///

ERICKSON, THORPE &
SWAINSTON, LTD.

1    DATED this 18th day of September, 2025.

2                                         MARQUIS AURBACH

3

4                                         _/s/ Craig Anderson_____
                                          CRAIG R. ANDERSON, ESQ. (#006882)
5                                         KADEN P. KILLPACK, ESQ. (#016560)
                                          MARQUIS AURBACH
6                                         10001 Park Run Drive
                                          Las Vegas, Nevada 89145
7                                         *Attorneys for Elko County Sheriff Defendants*

8    ///

9    DATED this 18th day of September, 2025.

10                                        GOICOECHEA, DIGRAZIA, COYLE & STANTON

11

12                                        _/s/ David M. Stanton_____
                                          DAVID M. STANTON, ESQ. (#004389)
13                                        GOICOECHEA, DIGRAZIA, COYLE & STANTON
                                          530 Idaho Street
14                                        Elko, Nevada 89801
                                          *Attorneys for Defendant Silva*

15

16   ///

17   ///

18   ///

19   **IT IS SO ORDERED**.

20   DATED this 19th day of September, 2025.

21

22

23                                        _____
                                          Anne R. Traum
24                                        United States District Judge

25

26

27

28

4

ERICKSON, THORPE &
SWAINSTON, LTD.